UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80532-CIV-CANNON/Reinhart

**HOWARD COHAN**,

    Plaintiff,

v.

**WAL-MART STORES EAST, LP**,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Notice of Settlement [ECF No. 19], filed on August 10, 2022, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal on or before **September 12, 2022**.

2. If the parties fail to complete the expected settlement, any party may request that the Court reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 11th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record